IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICE PEAK,<br>      Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA<br>      Defendant. | Civil Action No. 05-1928<br>RMU |

### VERIFIED STATEMENT OF ALISHA BOLDEN

1. I am over 18 years of age and competent to testify regarding the matters described herein.

2. On October 14, 2005, I served a copy of the summons and complaint in this civil action on Gale Rivers at the offices of the Attorney General for the District of Columbia, One Judiciary Square, 441 Fourth Street, N.W., Washington, D.C. 20001.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 12/22/05.

*Alisha Bolden*
Alisha Bolden