IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICE PEAK,<br>      Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA<br>      Defendant. | Civil Action No. 05-1928 RMU |

## ORDER

In consideration of the Plaintiff's Motion for Default Judgment, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Defendant shall fund independent psychoeducational and speech/language evaluaions and a functional behavioral assessment of R.P.; and it is further

ORDERED that within 10 days of receipt of those evaluations, the Defendant shall convene a Multi-Disciplinary Team Meeting in order to review the evaluations, to develop an appropriate Individualized Education Program for R.P., and to develop an appropriate compensatory education plan for R.P. based on the Defendant's failure to provide R.P. with a free appropriate public education; and it is further

ORDERED that the Defendant shall pay the Plaintiff's reasonable attorneys' fees and costs incurred in bringing the administrative hearing and this action.

SO ORDERED.

_____
RICARDO M. URBINA
United States District Judge