# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALICE PEAK, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1928 (RMU) |
| DISTRICT OF COLUMBIA, | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Defendant's Opposition to Plaintiff's Motion for Default Judgment, Plaintiff's response, if any, and the record in this proceeding, it is, this _____ day of _____, 2006,

ORDERED: that Plaintiff's Motion for Default Judgment is hereby DENIED.

_____
UNITED STATES DISTRICT JUDGE