UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALICE PEAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1928 (RMU) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S ANSWER TO COMPLAINT**

Defendant District of Columbia, by counsel, here answers Plaintiff's Complaint as follows (paragraph numbers below correspond to the paragraph numbers in the Complaint):

1.      The allegations contained in paragraph 1 of the Complaint are characterizations of the pleader to which no response is required. If a response is required, then the same allegations are denied, except that Defendant admits the existence of the cited statute.

2.      Defendant admits the existence of the statute referenced in paragraph 2 of the Complaint. The remaining allegations in paragraph 2 are conclusions of the pleader to which no response is required. If a response is required, they are denied.

3.      Defendant admits that the Plaintiff participated in an impartial administrative hearing but denies that the hearing was conducted by the DCPS Office of Management Services in the first sentence of paragraph 3 of the Complaint. Further

answering said paragraph, Defendant admits the allegations in the second sentence of paragraph 3 of the Complaint.

4. Defendant admits the allegations in paragraph 4 of the Complaint.

5. Defendant denies the allegations in paragraph 5 of the Complaint.

6. Defendant admits the allegations in paragraph 6 of the Complaint.

7. Defendant admits the allegations in paragraph 7 of the Complaint.

8. Defendant admits the allegations contained in paragraph 8 of the Complaint.

9. Defendant admits the allegations contained in paragraph 9 of the Complaint.

10. Defendant admits the allegations contained in paragraph 10 of the Complaint. .

11. Defendant admits the allegations contained in paragraph 11 of the Complaint.

12. Defendant admits the allegations contained in paragraph 12 of the Complaint.

13. Defendant denies the allegations contained in paragraph 13 of the Complaint.

14. Defendant denies the allegations contained in paragraph 14 of the Complaint.

15. Defendant admits the allegations contained in paragraph 15 of the Complaint.

16. Defendant is without sufficient information to admit or deny the allegations contained in paragraph 16 of the Complaint.

17. Defendant admits the allegations contained in paragraph 17 of the Complaint.

18. Defendant is without sufficient information to admit or deny the allegations contained in paragraph 18 of the Complaint.

19. Defendant is without sufficient information to admit or deny the allegations contained in paragraph 19 of the Complaint.

20. Defendant is without sufficient information to admit or deny the allegations contain in paragraph 20 of the Complaint.

21. Defendant denies the allegations contain in paragraph 21 of the Complaint.

22. Defendant is without sufficient information to admit or deny the allegations contain in paragraph 22 of the Complaint.

23. Defendant is without sufficient information to admit or deny the allegations contain in paragraph 23 of the Complaint.

24. Defendant incorporates as though restated each of the answers stated in paragraphs 1 through 23 above.

25. Defendant admits the existence of the statute cited in paragraph 25 which speaks for itself.

26. Defendant denies the allegations contained in paragraph 26 of the Complaint.

27. Defendant denies the allegations contained in paragraph 27 of the Complaint.

28. Defendant incorporates as though restated each of the answers stated in paragraphs 1 through 27 above.

29. Defendant admits the existence of the statute cited in paragraph 29 which speaks for itself.

30. Defendant denies the allegations contained in paragraph 30 of the Complaint.

31. Defendant denies the allegations contained in paragraph 31 of the Complaint.

32. Defendant incorporates as though restated each of the answers stated in paragraphs 1 through 31 above.

33. Defendant admits the existence of the statute cited in paragraph 33 which speaks for itself.

34. Defendant denies the allegations contained in paragraph 34 of the complaint.

35. Defendant denies the allegations contained in paragraph 35 of the complaint.

36. Defendant incorporates as though restated each of the answers stated in paragraphs 1 through 35 above.

37. Defendant admits the existence of the statute cited in paragraph 37 which speaks for itself.

38. Defendant denies the allegations contained in paragraph 38 of the complaint.

39. Defendant denies the allegations contained in paragraph 39 of the complaint.

BY WAY OF FURTHER ANSWER, Defendants deny all allegations of wrong-doing not otherwise responded to or admitted.

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The Hearing Officer's Decision is supported by substantial evidence in the administrative record and should be affirmed.

WHEREFORE, Defendant demands that the Complaint be dismissed and that Defendant be awarded the expense of litigation, costs, and interest, and such other relief as the Court deems just and proper.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General of the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

**/s/ Carol E. Burroughs**
CAROL E. BURROUGHS [#415432]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001

|  |  |
|---|---|
|  | (202) 724-6520 |
|  | Fax:  202-727-0431 |
| January 25, 2006 | Email:  Carol. Burroughs@dc.gov |