IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ALICE PEAK,                         )
       Plaintiff,                  )
                                    )         Civil Action No. 05-1928
v.                                  )         RMU
                                    )
DISTRICT OF COLUMBIA                )
       Defendant.                  )
_____)

### ORDER

      This matter having come before the Court for an initial scheduling conference and having considered the requests of the Parties, this Court issues the following scheduling order. It is hereby

      ORDERED that the Parties shall comply with the following directives:

1)     The Defendants shall file the administrative record and the transcripts of the administrative hearing on or before April 10, 2006.

2)     The Parties shall file their motions for summary judgment on or before May 22, 2006.

3)     The Parties shall file their opposition to the motions on or before June 12, 2006.

4)     The Parties shall file their replies to the oppositions on or before June 26, 2006

      It is further ORDERED that this matter is exempt from the requirements of FRCP 26(a)(1).

      SO ORDERED.

                                                                                                   _____

                                                Judge Ricardo M. Urbina  
                                                United States District Judge