UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| ALICE PEAK, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 05-1928 (RMU) |
| | : | | |
| v. | : | Document No.: | 4 |
| | : | | |
| DISTRICT OF COLUMBIA, | : | | |
| | : | | |
| Defendant. | : | | |
| | : | | |

## ORDER

**DENYING THE PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**

For the reasons stated in the court's Memorandum Opinion separately and contemporaneously issued this 17th day of May 2006, it is hereby

**ORDERED** that the plaintiff's motion for entry of default judgment is **DENIED.**

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge