IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICE PEAK, )<br>   Plaintiff, )<br>) | <br><br>Civil Action No. 05-1928 |
| v. ) | RMU |
| )<br>DISTRICT OF COLUMBIA )<br>   Defendant. )<br>) | |

**NOTICE AND STIPULATION OF DISMISSAL**

  Plaintiff Alice Peak, on behalf of her minor daughter R.P., hereby stipulates to the dismissal of all claims and states as follows:

1) Ms. Peak has obtained the relief sought through other channels.

2) The only issue remaining is attorneys' fees, from which Ms. Peak has been relieved and which counsel chooses not to pursue.

3) For these reasons, neither Ms. Peak nor her minor child will be harmed by the dismissal.

4) The Defendant has made no counter claims, so it will not be harmed by the dismissal.

                Respectfully submitted,

                /s/
                Douglas Tyrka, #467500
                2807 27th St., NW
                Washington, DC  20008
                (202) 332-0038